UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 4:06-cr-3 |
| v. | ) | *Judge Mattice* |
| | ) | |
| ANDRE RASHAD SUTTON | ) | |

### ORDER

For the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that the Court **ACCEPTS** and **ADOPTS** the Magistrate Judge's Report and Recommendation [Court File No. 31] pursuant to 28 U.S.C. § 636(b)(1)(C) and that Defendant's Motion to Suppress Evidence [Court File No. 11] is hereby **DENIED**.

**SO ORDERED**.

**ENTER:**

                                             *s/ Harry S. Mattice, Jr.*
                                            HARRY S. MATTICE, JR.
                                  UNITED STATES DISTRICT JUDGE